No. 1008. HYSLER *v.* FLORIDA. June 2, 1941. The motion for leave to proceed *in forma pauperis* is granted. The petition for writ of certiorari to the Supreme Court of Florida is also granted. *Clyde Hysler, pro se. Messrs. J. Tom Watson,* Attorney General of Florida, and *Nathan Cockrell,* Assistant Attorney General, for respondent.

No. 974. UNITED STATES *v.* RAGEN.;
No. 975. UNITED STATES *v.* ARNOLD W. KRUSE; and
No. 976. UNITED STATES *v.* LESTER A. KRUSE. June 2, 1941. Petition for writs of certiorari to the Circuit Court of Appeals for the Seventh Circuit granted. *Assistant Solicitor General Fahy* for the United States. *Messrs. John L. McInerney* and *Matthias Concannon* for respondent in No. 974. *Mr. George K. Bowden* for respondents in Nos. 975 and 976. Reported below: 118 F. 2d 128.

No. 981. SCAIFE COMPANY *v.* COMMISSIONER OF INTERNAL REVENUE. June 2, 1941. Petition for writ of certiorari to the Circuit Court of Appeals for the Third Circuit granted. *Messrs. Samuel Kaufman, S. Leo Rushlander,* and *James M. Magee* for petitioner. *Solicitor General Biddle* for respondent.

No. 1024. NATIONAL LABOR RELATIONS BOARD *v.* P. LORILLARD CO. June 2, 1941. Petition for writ of certiorari to the Circuit Court of Appeals for the Sixth Circuit granted. *Assistant Solicitor General Fahy* and *Mr. Robert B. Watts* for petitioner. *Messrs. Charles W. Milner* and *Chas. G. Middleton* for respondent.